UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CASE NO.: 3:21-cv-00172

VPR BRANDS, LP,

    Plaintiff,

v.

MONQ, LLC,

    Defendant.

_____

## MOTION TO DISMISS

Plaintiff VPR BRANDS, LP ("VPR") by and through its undersigned counsel, hereby moves this Honorable Court to Dismiss this action and as grounds therefore states as follows:

1. On September 23, 2022, counsel for MONQ, LLC ("MONQ") filed their motion to withdraw as attorneys. (ECF 68)

2. On September 28, 2022, the Court granted MONQ's motion and stayed the case for thirty days to allow MONQ to retain new counsel. (ECF 69).

3. On October 3, 2022, VPR and MONQ, through its CEO Dr. Eric Fishman, reached a settlement.

4. The parties consent to this matter being dismissed.

WHEREFORE, Plaintiff VPR BRANDS, LP prays this Honorable Court to dismiss this matter with prejudice.

DATED: October 6, 2022        Respectfully submitted,

                                                /s/ Eliezer Lekht
                                                Eliezer Lekht (*Pro Hac Vice*)

eli.lekht@sriplaw.com

**SRIPLAW**
175 Pearl Street
Brooklyn, NY 11201
332.600.5599 – Telephone
561.404.4353 – Facsimile

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that on October 6, 2022, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Eliezer Lekht*
Eliezer Lekht

## SERVICE LIST

**MONQ, LLC**
842 Conference Drive
Goodlettsville, Tennessee, 37072
ATTN: Dr. Eric Fishman, CEO
eric@monq.com