IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VPR BRANDS, LP, | ) |
| Plaintiff, | ) |
| | ) NO. 3:21-cv-00172 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| MONQ, LLC, | ) MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Dismiss. (Doc. No. 70). Plaintiff states that the parties have reached a settlement and requests the Court dismiss this matter with prejudice. Plaintiff represents that Defendant MONQ, LLC, which is not currently represented by counsel in this matter, consents to this matter being dismissed.

It appearing to the Court that the parties are in agreement that this case should be dismissed with prejudice, the Motion (Doc. No. 70) is **GRANTED**, and all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE